UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  6:12-cr-00130-01 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| THUY THIKIM NGUYEN | * | MAG. JUDGE HANNA |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Thuy Thikim Nguyen, and adjudges her guilty of the offenses charged in Counts One, Two and Three of the Bill of Information against her.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Thuy Thikim Nguyen's agreement to forfeit and abandon her interest in the following:

1)  Proceeds from the sale and distribution of Extreme Body Reshape and Figure Reshape, which contains Sibutramine, a Schedule IV Controlled Substance, wherein said distribution includes sales from chailanherbalcare.com, Mirage Nail Salon and other distributors who distributed on behalf of THUY THIKIM NGUYEN, from the 1st day of

September, 2009, until the 19th day of October, 2011, in an amount of $365,380.91;

    2) $2,700.00 in U.S. Currency proceeds seized on October 19, 2011 during the execution of a search warrant; and

    3) The sum of $120,000.00, which represents the value of real property less any mortgages, to be paid at the time of sentencing. The forfeiture of this agreed upon amount is made in lieu of forfeiture of the real property itself described in the "Consent Decree of Forfeiture". Any amount paid over the $120,000.00 will be applied to the amount of proceeds that will be forfeited as described in numbers 1 and 2, above. .

    THUS DONE AND SIGNED in chambers, this 18th day of June, 2012 in Shreveport, Louisiana.

                                                      ELIZABETH ERNY FOOTE
                                                      UNITED STATES DISTRICT JUDGE